

United States District Court
Southern District of Texas
FILED

MAY 04 2000

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
Office of the Clerk
600 E. Harrison Street, #101
Brownsville, Texas 78521

MAY 4, 2000

Michael N. Milby
Clerk

To All Counsel of Record

Notice of Assignment Of Bankruptcy Appeal

Civil Action No. __B-00-0063__

Bankruptcy No. __APPEAL NO. 00-16__

__TEXAS STATE BANK__ vs __AVALON EQUESTRIAN CENTER INC, ET AL__

The above entitle appeal was filed in this office on __MAY 4, 2000__ and has been assigned to the docket of Judge __FILEMON B VELA__.

All future filings regarding the <u>above referenced matter</u>, should be filed with the U.S. District Clerk's Office in Brownsville, Texas and **NOT** in the Bankruptcy Clerk's Office in Corpus Christi, Texas.

All inquiries concerning motion practice and settings should be directed to the case manager for the judge assigned.

| JUDGE | CASE MANAGER | TELEPHONE |
|---|---|---|
| FILEMON B VELA | LOURDES MARDIS | 956 548 2629 |

**BRIEFS FOR THE PARTIES ARE DUE AS PER BANKRUPTCY RULE 8009.**

Very truly yours,
Michael N. Milby, Clerk

By _____
Deputy Clerk