tsbavalon. appeal.dismiss.order.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| TEXAS STATE BANK | § | |
| --- | --- | --- |
| | § | |
| vs. | § | CASE NO. 00-CV-63 |
| | § | |
| LYNETTE HESLET, et al. | § | |

## ORDER GRANTING
## TEXAS STATE BANK ("APPELLEE")'S MOTION
## TO DISMISS FOR FAILURE TO DESIGNATE RECORD

Appellee's Motion to Dismiss for Failure to Designate Record having come before the Court, and the Court finding that Appellee has not filed a Designation of Record or a statement of the issued to be presented on appeal, it is hereby ORDERED that this appeal be, and it hereby is, DISMISSED. Costs of court are assessed against Appellant.

SIGNED June 19th, 2000.

_____
Presiding Judge